AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

ROOSEVELT ROAD RE, LTD., et al

*Plaintiff(s)*

v.

WINGATE, RUSSOTTI, SHAPIRO, MOSES & HALPERIN, LLP, et al.

*Defendant(s)*

Civil Action No. _____

## SUMMONS IN A CIVIL ACTION

To:     SEE ATTACHED RIDER

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **THE WILLIS LAW GROUP, PLLC**
> **AARON E. MEYER (AEM13024)**
> **KIRK D. WILLIS** (*admission pro hac pending*)
> **WILLIAM J. CLAY** (*admission pro hac pending*)
> **MICHAEL A. GRAVES (5724331)**
> 1985 Forest Lane
> Garland, Texas 75042
> Telephone: 214-736-9733
> **Service Email:** service@thewillislawgroup.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
  You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

## RIDER TO SUMMONS IN A CIVIL ACTION

1) WINGATE, RUSSOTTI, SHAPIRO, MOSES & HALPERIN, LLP
   The Graybar Building
   420 Lexington Avenue, Suite 2700
   New York, NY 10170

2) PHILLIP RUSSOTTI
   The Graybar Building
   420 Lexington Avenue, Suite 2700
   New York, NY 10170

3) CLIFFORD SHAPIRO
   The Graybar Building
   420 Lexington Avenue, Suite 2700
   New York, NY 10170

4) KENNETH HALPERIN
   The Graybar Building
   420 Lexington Avenue, Suite 2700
   New York, NY 10170

5) BRYCE MOSES
   The Graybar Building
   420 Lexington Avenue, Suite 2700
   New York, NY 10170

6) BANGEL, COHEN & FALCONETTI, LLP
   9131 Queens Boulevard, Suite 400
   Elmhurst, NY 11373

7) DAVID BANGEL
   9131 Queens Boulevard, Suite 400
   Elmhurst, NY 11373

8) STEPHEN H. COHEN
   9131 Queens Boulevard, Suite 400
   Elmhurst, NY 11373

9) CHRISTOPHER M. FALCONETTI
   9131 Queens Boulevard, Suite 400
   Elmhurst, NY 11373

10) NY ORTHO, SPORTS MEDICINE & TRAUMA, P.C.
    160 East 56th Street, 10th Floor
    New York, NY 10022

11) JEFFREY STONE KAPLAN, MD
    160 East 56th Street, 10th Floor
    New York, NY 10022

12) MATTHEW P. GRIMM, MD
    160 East 56th Street, 10th Floor
    New York, NY 10022
13) JOSEPH WEINSTEIN, D.O., P.C.
    d/b/a COMPREHENSIVE & ORTHOPEDIC SPINE CARE
    6815 Main Street
    Flushing, NY 11367
14) JOSEPH WEINSTEIN, DO
    6815 Main Street
    Flushing, NY 11367
15) CARLOS CASTRO, MD
    6815 Main Street
    Flushing, NY 11367
16) ANDREW MEROLA, MD
    567 1st Street
    Brooklyn, NY 11215
17) KOLB RADIOLOGY P.C.
    257 West 34th Street
    New York, NY 10001
18) THOMAS M. KOLB, MD
    106 East 61st Street
    New York, NY 10065
19) LENOX HILL RADIOLOGY AND
    MEDICAL IMAGING ASSOCIATES, P.C.
    61st East 77th Street
    New York, NY 10021
20) RJ PHYSICAL THERAPIST, P.C.
    59-01 94th Street, Suite E10
    Elmhurst, NY 11373
21) CROSS BAY ORTHOPEDIC SURGERY, P.C.
    69-40 108th Street, Unit PR3
    Forest Hills, NY 11375
22) PETER TOMASELLO, JR., DO
    69-40 108th Street, Unit PR3
    Forest Hills, NY 11375
23) NYC MEDICAL & NEUROLOGICAL OFFICES, P.C.
    9131 Queens Boulevard, Suite 601
    Elmhurst, NY 11373

24) MEHRDAD GOLZAD, MD
   9131 Queens Boulevard, Suite 601
   Elmhurst, NY 11373

25) HUDSON PRO ORTHOPAEDICS AND SPORTS MEDICINE, LLC
   1320 Adams Street, Suite D
   Hoboken, NJ 07030

26) ROMAN ISAAC, MD
   1320 Adams Street, Suite D
   Hoboken, NJ 07030

27) CITIMED COMPLETE MEDICAL CARE, P.C.
   6555 Woodhaven Boulevard, Suite 1
   Queens, NY 11374

28) SCOB, LLC d/b/a SURGICARE OF BROOKLYN
   313 43rd Street
   Brooklyn, NY 11232

29) INTEGRATED SPECIALTY ASC
   d/b/a HEALTHPLUS SURGERY CENTER, LLC
   190 Midland Avenue
   Saddle Brook, NY 07663

30) BL PAIN MANAGEMENT, PLLC
   d/b/a PAIN MANAGEMENT NYC
   96-18 63rd Drive, Suite 202
   Rego Park, NY 11373

31) PAIN PHYSICIANS NY, PLLC
   813 Quentin Road, Suite 200
   Brooklyn, NY 11223

32) LEON REYFMAN, MD
   2279 Coney Island Avenue
   Brooklyn, NY 11223

33) BOLESLAV KOSHARSKYY, MD
   96-18 63rd Drive, Suite 202
   Rego Park, NY 11373

34) NYEEQASC, LLC
   d/b/a NORTH QUEENS SURGICAL CENTER
   45-64 Francis Lewis Boulevard, Suite 200
   Bayside, NY 11361

35) SURGICORE 5th AVENUE, LLC
   1049 Fifth Avenue
   New York, NY 10028

36) ROOSEVELT SURGERY CENTER, LLC

d/b/a MANHATTAN SURGERY CENTER
619 West 54th Street, Suite 602
New York, NY 10019

4