# KOBRE & KIM

800 Third Avenue
New York, New York 10022
www.kobrekim.com
Tel +1 212 488 1200

May 21, 2025

<u>VIA ECF</u>
Magistrate Judge Vera M. Scanlon
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *Roosevelt Road Re, Ltd. et al. v. Wingate, Russotti, Shapiro, Moses & Halperin, LLP et al.,* **Case No. 1:24-cv-06259-NCM-VMS**

Dear Judge Scanlon:

    Enclosed as Exhibit A, please find the transcript of the May 14, 2025 Pre-Motion Conference held before Judge Merle. This transcript accompanies the letter certain Defendants filed yesterday, in response to Plaintiffs' request for an initial conference (ECF No. 135). The quotation referenced in Defendants' letter can be found on pages fifteen and twenty-nine of the transcript.

| | |
|---|---|
| Dated: May 21, 2025<br>New York, New York | Respectfully submitted,<br><br>**KOBRE & KIM LLP**<br>*/s/ Jonathan D. Cogan*<br>Jonathan D. Cogan<br>Rachel K. Warren<br>Michael Cinnamon<br>800 Third Avenue<br>New York, NY 10022<br>Telephone: (212) 488-1200<br>jonathan.cogan@kobrekim.com<br>rachel.warren@kobrekim.com<br>michael.cinnamon@kobrekim.com<br><br>Sydney S. Johnson (*pro hac vice*)<br>1919 M Street, NW Suite 410<br>Washington, D.C. 20036 |

**Americas** (New York, Delaware, Miami, San Francisco, São Paulo, Washington DC)
**APAC** (Hong Kong, Seoul, Shanghai), **Caribbean** (BVI, Cayman Islands), **EMEA** (Cyprus, Dubai, London, Tel Aviv)

Kobre & Kim refers to Kobre & Kim llp, a New York Limited Liability Partnership.

Telephone: (202) 664-1900
sydney.johnson@kobrekim.com

*Attorneys for Defendants Wingate, Russotti, Shapiro, Moses & Halperin, LLP; Philip Russotti; Clifford H. Shapiro; Kenneth Halperin; and I. Bryce Moses*