

# PINCZEWSKI & SHPELFOGEL, P.C.
## ATTORNEYS AT LAW
2753 CONEY ISLAND AVENUE, 2ND FLOOR
BROOKLYN, NY 11235
T. 718.891.8200
F. 718.891.5600

Benjamin M. Pinczewski, Esq.  
Admitted in New York and New Jersey

Mitchell B. Shpelfogel, Esq.  
Admitted in New York, New Jersey and Florida

May 21, 2025

<u>**VIA ECF**</u>

Honorable Magistrate Judge Vera M. Scanlon
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    Roosevelt Rd. Re, Ltd. et al. v.
             Wingate, Russotti, Shapiro, Moses & Halperin, LLP et al.
            <u>24-CV-6259 (NCM) (VMS)</u>

Dear Judge Scanlon:

This firm represents defendants Hudson Pro Orthopaedics & Sports Medicine, PLLC, (hereinafter ("Hudson Practice") and Dr Roman Isaac. I have had the opportunity to review and see the letter submitted by Mr. Jonathan Cogan, Esq., which was submitted in response to Plaintiff, Roosevelt Roads letter dated May 20, 2025 which requested an initial conference so that discovery could begin. I join along with counsel for all the other codefendants in this matter in objecting to that request for the specific reasons set forth in Mr. Cogan's letter. I apologize for not attaching my name or cosigning the joint letter yesterday but please accept this on behalf of my clients.

                              Very truly yours,
                              **PINCZEWSKI & SHPELFOGEL, P.C.**

BMP/ls                                    Benjamin M. Pinczewski, Esq.



# PINCZEWSKI & SHPELFOGEL, P.C.
## ATTORNEYS AT LAW
2753 CONEY ISLAND AVENUE, 2ND FLOOR
BROOKLYN, NY 11235
T. 718.891.8200
F. 718.891.5600

---

Benjamin M. Pinczewski, Esq.                                                                Mitchell B. Shpelfogel, Esq.
Admitted in New York and New Jersey                         Admitted in New York, New Jersey and Florida

May 21, 2025

**VIA ECF**

Honorable Magistrate Judge Vera M Scanlon,
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    Roosevelt Rd. Re, Ltd. et al. v.
                 Wingate, Russotti, Shapiro, Moses & Halperin, LLP et al.
                 <u>24-CV-6259 (NCM) (VMS)</u>

Dear Judge Scanlon:

This firm represents defendants Peter Tomasello, MD., Cross Bay Orthopedic Surgery P.C., and North Queens Ambulatory Surgery Center (collectively, the "Queens Defendants") in connection with the above- referenced matter. I have had the opportunity to review the letter submitted yesterday by Jonathan Cogan, Esq., which was in response to Plaintiff Roosevelt Roads' counsel's request for an initial conference so that discovery could begin. I join along with counsel for all the other codefendants in this matter in objecting to that request for the specific reasons enumerated in Mr. Cogan's letter. I apologize for not attaching my name or cosigning the joint letter submitted yesterday , but please accept this on behalf of my clients .

                                                        Very truly yours,
                                                        PINCZEWSKI & SHPELFOGEL, P.C.

                                                        Benjamin M. Pinczewski, Esq.

BMP/ls