

May 26, 2026

**<u>Via ECF and Electronic Mail</u>**
Christopher Charles Caffarone, Esq.
PILLSBURY WINTHROP SHAW PITMAN LLP
31 West 52nd Street
New York, NY 10019-6131

Jonathan D. Cogan, Esq.
KOBRE & KIM LLP
800 Third Avenue
New York, NY 10022

Torrey K. Young, Esq.
Thomas E. Thornhill, Esq.
MUKASEY YOUNG LLP
570 Lexington Avenue, Suite 3500
New York, NY 10022

Matthew J. Conroy, Esq.
SCHWARTZ, CONROY & HACK, P.C.
666 Old Country Road, 9th Floor
Garden City, New York 11530

Benjamin Pinczewski, Esq.
PINCZEWSKI & SHPELFOGEL, P.C.
2753 Coney Island Avenue, 2nd Floor
Brooklyn, New York 11235

Justin Vogel, Esq.
GARFUNKEL WILD, P.C.
111 Great Neck Road, Suite 600
Great Neck, New York 11021

**PENNSYLVANIA I NEW YORK I NEW JERSEY I DELAWARE**
**WEST VIRGINIA I FLORIDA I TEXAS**

**The Willis Law Group, PLLC** | 1985 Forest Lane, Garland, Texas 75042
(214) 736.9433 – Main | (214) 736.9994 - Facsimile
TheWillisLawGroup.com | E-Service Address: service@thewillislawgroup.com

October 28, 2025
Page 2 of 3

Paul H. Schafhauser, Esq.
GREENBERG TRAURIG, LLP
1 Vanderbilt Avenue
New York, New York 10017

Guy Petrillo, Esq.
Christina Karam, Esq.
David Hoffman, Esq.
PETRILLO KLEIN + BOXER LLP
655 Third Avenue, 12th Floor
New York, New York 10017

Benjamin Noren, Esq.
DAVIDOFF HUTCHER & CITRON, LLP
605 Third Avenue
New York, New York 10158

Alan Vinegrad, Esq.
COVINGTON & BURLING, LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018-1405

Elizabeth Del Cid, Esq.
Arian Hashemi, Esq.
O'HAGAN MEYER
225 West 34th Street, 9th Floor
New York, NY 10122

> **Re:** ***Roosevelt Road Re, Ltd. and Tradesman Program Managers, LLC v. Wingate, Russotti, Shapiro, Moses & Halperin LLP, et al.; Case No. 1:24-cv-06259-NCM-VMS***

Dear Counselors:

Pursuant to Rule III(B)(2)(a) of Judge Natasha Merle's Individual Practice Rules and Order dated April 23, 2026, and in accordance with Local Civil Rules 7.1 and 11.1, and all other applicable rules of the Federal Rules of Civil Procedure and Local Civil Rules of the Eastern District of New York, Plaintiffs, Roosevelt Road Re, Ltd. and Tradesman Program Managers, LLC, hereby serves the following on Defendants Bangel, Cohen & Falconetti LLP; David J. Bangel; Stephen H. Cohen; Christopher M. Falconetti; Wingate, Russotti, Shapiro, Moses & Halperin, LLP; Phillip Russotti; Clifford H. Shapiro; Kenneth Halperin; NY Ortho, Sports Medicine & Trauma, PC; Jeffrey S. Kaplan, MD; Matthew P. Grimm, MD; Joseph Weinstein, DO; Joseph Weinstein DO, PC; Carlos Castro, MD; Thomas M. Kolb, MD; Kolb Radiology P.C.; Lenox Hill Radiology and Medical Imaging Associates, P.C.; RJ Physical Therapist, P.C.; Cross Bay Orthopedic Surgery, P.C.; Peter

October 28, 2025
Page 3 of 3

Tomasello Jr., DO; Hudson Pro Orthopaedics and SportsMedicine, LLC; Roman Isaac, MD; NYEEQASC, LLC d/b/a North Queens Surgical Center; Surgicore 5th Avenue, LLC; Merhdad Golzad, MD; NYC Medical & Neurological Offices, P.C.; CitiMedical I PLLC; Surgicare of Brookly, LLC; Roosevelt Surgery Center, LLC d/b/a Manhattan Surgery Center; Pain Physicians NY, PLLC; BL Pain Management, PLLC; Leon Reyfman, M.D.; and Boleslav Kosharskyy, M.D. (collectively, "Defendants"):

- Plaintiffs' Notice of Motion to Stay Proceedings Pending Appeal; and
- Plaintiffs' Memorandum in Support of Motion to Stay Proceedings Pending Appeal

Respectfully Submitted,

*/s/ William J. Clay*
William J. Clay

cc:    Hon. Natasha Merle (via ECF)
       All Counsel of Record (via Email and ECF)