# Exhibit A

**From:** Alex Corey
**To:** Elizabeth Del Cid; Charles Horn; ███████████████; Dr. Regina Moshe
**Cc:** Arian Hashemi
**Subject:** RE: ██████ CitiMed Complete Medical Care P.C. (Matter: Roosevelt Road RE Ltd. - NY Lawsuit) ████ and (Matter: Union Mutual Fire Insurance Company) ████████
**Date:** Wednesday, April 29, 2026 10:10:32 AM
**Attachments:** ████████████████

---

Dear Dr. Moshe, Mr. Horn, and █████████,

My name is Alex Corey and I'm pleased to join CitiMed's and Dr. Moshe's legal team in the above referenced action, ███████████████████████

████████████████████████████████

discovery ████████████████████ parties' respective motions ████████

████████████████████ Plaintiff's motion ████████

our own motion ████████████████████ Plaintiff.

████████████████ subpoenas, ████████████████

████████████████████████ for various

CitiMed entities, ████████████████ Dr. Moshe, ████████

████████████████████████ Defendants. ████

████████ Dr. Moshe's ████████████████

Plaintiff ████████████████████████ Plaintiff ██

████████████████████████████████

████████████

At this point we have a decision to make as to ████████████████

████████████████████████████████

████████████████████████████████

████████████████████████████████

████████████████████████████████

████████████████ First, ████████

████████████████████████████████

████████████████████████████████

████████████████████████████████

████████████████████████████████

████████████████████████████████

████████████████████████████████

████████████████████████████████

████████████████████████████████

████████████████ Willis ████████████

Consequently, ████████████████████

████████████████████████████████

████████████████

Based on our conversations with Dr. Moshe, ███████████████████████████████
████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████

████████████████████████████████ approach as outlined above ██████████████████████
███████

Sincerely,

Alex D. Corey
Of Counsel
1717 Arch Street | Suite 3910 | Philadelphia | PA | 19103
PH 215.461.3339
*Licensed in NY and PA*



**INFORMATION IN THIS TRANSMITTAL IS CONFIDENTIAL AND INTENDED ONLY FOR THE RECIPIENT LISTED ABOVE. IF YOU ARE NEITHER THE INTENDED RECIPIENT NOR A PERSON RESPONSIBLE FOR DELIVERING THIS TRANSMITTAL TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISTRIBUTION OR COPYING OF THIS TRANSMITTAL IS PROHIBITED. IF YOU RECEIVED THIS TRANSMITTAL IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE OR EMAIL AND IMMEDIATELY DELETE THE MESSAGE.**

| | |
|---|---|
| **From:** | Alex Corey |
| **To:** | Arian Hashemi; Elizabeth Del Cid |
| **Subject:** | RE: ███████ CitiMed Complete Medical Care P.C. (Matter: Roosevelt Road RE Ltd. - NY Lawsuit) ██████ and (Matter: Union Mutual Fire Insurance Company) ██████ |
| **Date:** | Thursday, April 30, 2026 3:23:21 PM |
| **Attachments:** | █████████ |

Another thing we can do ████████████████████████

███████████████████████████████████

██████████████████████████████████████

███████████████████████████

████████████████████████████████████

█████████████████████████████████████████

████████████████████████████████████████

████████████████████████████

**Alex D. Corey**
Of Counsel
1717 Arch Street | Suite 3910 | Philadelphia | PA | 19103
PH 215.461.3339
*Licensed in NY and PA*

**INFORMATION IN THIS TRANSMITTAL IS CONFIDENTIAL AND INTENDED ONLY FOR THE RECIPIENT LISTED ABOVE. IF YOU ARE NEITHER THE INTENDED RECIPIENT NOR A PERSON RESPONSIBLE FOR DELIVERING THIS TRANSMITTAL TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISTRIBUTION OR COPYING OF THIS TRANSMITTAL IS PROHIBITED. IF YOU RECEIVED THIS TRANSMITTAL IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE OR EMAIL AND IMMEDIATELY DELETE THE MESSAGE.**

**From:** Alex Corey
**Sent:** Thursday, April 30, 2026 3:15 PM
**To:** Arian Hashemi <ahashemi@ohaganmeyer.com>; Elizabeth Del Cid <edelcid@ohaganmeyer.com>
**Subject:** RE: ██████ CitiMed Complete Medical Care P.C. (Matter: Roosevelt Road RE Ltd. - NY Lawsuit) ████████ and (Matter: Union Mutual Fire Insurance Company) ████████ ████████

Arian,

Did Plaintiff say anything about ███████████████████████████████████████

**Alex D. Corey**
Of Counsel
1717 Arch Street | Suite 3910 | Philadelphia | PA | 19103
PH 215.461.3339
*Licensed in NY and PA*

INFORMATION IN THIS TRANSMITTAL IS CONFIDENTIAL AND INTENDED ONLY FOR THE RECIPIENT LISTED ABOVE. IF YOU ARE NEITHER THE INTENDED RECIPIENT NOR A PERSON RESPONSIBLE FOR DELIVERING THIS TRANSMITTAL TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISTRIBUTION OR COPYING OF THIS TRANSMITTAL IS PROHIBITED. IF YOU RECEIVED THIS TRANSMITTAL IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE OR EMAIL AND IMMEDIATELY DELETE THE MESSAGE.

**From:** Arian Hashemi <ahashemi@ohaganmeyer.com>
**Sent:** Thursday, April 30, 2026 2:44 PM
**To:** Elizabeth Del Cid <edelcid@ohaganmeyer.com>; Alex Corey <acorey@ohaganmeyer.com>
**Subject:** RE: ██████ CitiMed Complete Medical Care P.C. (Matter: Roosevelt Road RE Ltd. - NY Lawsuit) ███████████ and (Matter: Union Mutual Fire Insurance Company) ██████████ ████████████████████
**Importance:** High

Team:

Attached is our drafted ████████████████████████████████ discovery ██████
█████████████████████████████ issues.

developing issues ███████████████████████████ client.

███████████████████████████████ We need to get this to PC ██
some issues ██████████

███████████ client ██████████████████████

████████

████████████████████████

**Arian Hashemi**
**Associate Attorney**
225 West 34th Street | 9th Fl | New York City | NY | 10122
PH 312.422.6100 | DIRECT 212.875.5156 | FX 312.422.6110



**From:** Elizabeth Del Cid <edelcid@ohaganmeyer.com>
**Sent:** Wednesday, April 29, 2026 10:42 AM
**To:** Arian Hashemi <ahashemi@ohaganmeyer.com>; Alex Corey <acorey@ohaganmeyer.com>
**Subject:** RE: ███████ CitiMed Complete Medical Care P.C. (Matter: Roosevelt Road RE Ltd. - NY Lawsuit) ███████████ and (Matter: Union Mutual Fire Insurance Company) ███████████
██████████████

██████████ Thanks for handling.

**ELIZABETH DEL CID**
**Managing Partner of New York Office**
225 West 34th Street | 9th Fl | New York City | NY | 10122
PH 312.422.6100 | DIR 818.404.1101 | FX 312.422.6110



**From:** Alex Corey <acorey@ohaganmeyer.com>
**Sent:** Wednesday, April 29, 2026 8:46 AM
**To:** Elizabeth Del Cid <edelcid@ohaganmeyer.com>
**Cc:** Arian Hashemi <ahashemi@ohaganmeyer.com>
**Subject:** RE: ████████ CitiMed Complete Medical Care P.C. (Matter: Roosevelt Road RE Ltd. - NY Lawsuit) ████████████ and (Matter: Union Mutual Fire Insurance Company) ████████████ ████████████████

Proposed email for the clients ████████████████████████████████

████████████████████████████████████████

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Dear Dr. Moshe, Mr. Horn, and ████████████

My name is Alex Corey and I'm pleased to join CitiMed's and Dr. Moshe's legal team in the above referenced action, ████████████████████

████████████████████████████████████████

████████████████████████████ discovery ████████

████████████████ parties' respective motions ████████████████

████████████████████████ ████████ Plaintiff's motion █

████████ our own motion ████████████████████

████████████ Plaintiff. ████████████████████

██ subpoenas, ████████████████████████

████████████████████████ for various

CitiMed entities, ████████████████████████ Dr. Moshe, █

████████████████████████████████████

████████████████████████████████████

████████████ Defendants. ████████ Dr. Moshe's

████████████████████████████████

Plaintiff ████████████████████████████

████████ Plaintiff ████████████████████████

███████████████████████████████

At this point we have a decision to make as to ███████████████
████████████████████████████████████████
███████████████████████████████████████
████████████████████████████████████████,
██████████████████████████████████████████
██████████████████████████████████████,
██████████████████████████████ First, █
██████████████████████████████████
███████████████████████████████████.
██████████████████████████████████████
████████████████████████████████████
██████████████████████████████████
████████████████████████████████████.
█████████████████████████████████
█████████████████████████████████████
██████████████████████████████████
████████████████████████████████
█████████████████████████████████████████
███████████████████████████████████
████████████ Willis ████████████ Consequently, ████████████████████
██████████████████████████████████
███████████████████████████████████
███████████████████████████████████
██████████████████████████████████████
████

Based on our conversations with Dr. Moshe, ██████████████████
████████████████████████████████████████
██████████████████████████████████
████████████████████████████████████
████████████████████████████████████
███████████████████████████████████
██████████████████████████████████
████████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
██████████████████████████████████

███████████████████████████████████████████████

██████████

██████████████████████████████    approach as outlined above ███████████

█████████████████████████

Sincerely,

**Alex D. Corey**
Of Counsel
1717 Arch Street | Suite 3910 | Philadelphia | PA | 19103
PH 215.461.3339
*Licensed in NY and PA*

INFORMATION IN THIS TRANSMITTAL IS CONFIDENTIAL AND INTENDED ONLY FOR THE RECIPIENT LISTED ABOVE. IF YOU ARE NEITHER THE INTENDED RECIPIENT NOR A PERSON RESPONSIBLE FOR DELIVERING THIS TRANSMITTAL TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISTRIBUTION OR COPYING OF THIS TRANSMITTAL IS PROHIBITED. IF YOU RECEIVED THIS TRANSMITTAL IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE OR EMAIL AND IMMEDIATELY DELETE THE MESSAGE.

**From:** Elizabeth Del Cid <edelcid@ohaganmeyer.com>
**Sent:** Tuesday, April 28, 2026 3:15 PM
**To:** Alex Corey <acorey@ohaganmeyer.com>
**Cc:** Arian Hashemi <ahashemi@ohaganmeyer.com>
**Subject:** FW: ████████ CitiMed Complete Medical Care P.C. (Matter: Roosevelt Road RE Ltd. - NY Lawsuit) ████████████ and (Matter: Union Mutual Fire Insurance Company) ████████████ █████████████

Alex,

Helpful call today! Below, please find the email chain I use to update the client/█████████ re Union v. Citimed (████ Regina, and Charles).

**ELIZABETH DEL CID**
**Managing Partner of New York Office**
225 West 34th Street | 9th Fl | New York City | NY | 10122
PH 312.422.6100 | DIR 818.404.1101 | FX 312.422.6110

| | |
|---|---|
| **From:** | Alex Corey |
| **To:** | Arian Hashemi; Elizabeth Del Cid |
| **Subject:** | RE: ████ CitiMed Complete Medical Care P.C. (Matter: Roosevelt Road RE Ltd. - NY Lawsuit) ████ ████ and (Matter: Union Mutual Fire Insurance Company) ████ |
| **Date:** | Thursday, April 30, 2026 3:01:07 PM |
| **Attachments:** | |

Looks good to me. ███████████████████████████ so this seems to be the best way ███████████

Alex D. Corey
Of Counsel
1717 Arch Street | Suite 3910 | Philadelphia | PA | 19103
PH 215.461.3339
*Licensed in NY and PA*

INFORMATION IN THIS TRANSMITTAL IS CONFIDENTIAL AND INTENDED ONLY FOR THE RECIPIENT LISTED ABOVE. IF YOU ARE NEITHER THE INTENDED RECIPIENT NOR A PERSON RESPONSIBLE FOR DELIVERING THIS TRANSMITTAL TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISTRIBUTION OR COPYING OF THIS TRANSMITTAL IS PROHIBITED. IF YOU RECEIVED THIS TRANSMITTAL IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE OR EMAIL AND IMMEDIATELY DELETE THE MESSAGE.

| | |
|---|---|
| **From:** | Alex Corey |
| **To:** | Arian Hashemi; Elizabeth Del Cid |
| **Subject:** | ████ Citimed ████████ |
| **Date:** | Wednesday, April 29, 2026 12:43:31 PM |
| **Attachments:** | ████ |

And this document is not confidential?

**From:** Arian Hashemi <ahashemi@ohaganmeyer.com>
**Sent:** Wednesday, April 29, 2026 12:41:56 PM
**To:** Alex Corey <acorey@ohaganmeyer.com>; Elizabeth Del Cid <edelcid@ohaganmeyer.com>
**Subject:** ████ Citimed ████████

████████████ Dr. Moshe ████████ See attached.

**Arian Hashemi**
**Associate Attorney**
225 West 34th Street | 9th Fl | New York City |  NY  | 10122
PH 312.422.6100 |  DIRECT 212.875.5156 |  FX 312.422.6110

**From:** Alex Corey <acorey@ohaganmeyer.com>
**Sent:** Wednesday, April 29, 2026 11:41 AM
**To:** Elizabeth Del Cid <edelcid@ohaganmeyer.com>; Arian Hashemi <ahashemi@ohaganmeyer.com>
**Subject:** ████ Citimed ████████

Team,

████████████████████████
████████ CitiMed doctors ████████████
████████████████████████
████ expert witness ████████████
████████████████████████
████████████████ CitiMed



**Alex D. Corey**
Of Counsel
1717 Arch Street | Suite 3910 | Philadelphia | PA | 19103
PH 215.461.3339
*Licensed in NY and PA*

INFORMATION IN THIS TRANSMITTAL IS CONFIDENTIAL AND INTENDED ONLY FOR THE RECIPIENT LISTED ABOVE. IF YOU ARE NEITHER THE INTENDED RECIPIENT NOR A PERSON RESPONSIBLE FOR DELIVERING THIS TRANSMITTAL TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISTRIBUTION OR COPYING OF THIS TRANSMITTAL IS PROHIBITED. IF YOU RECEIVED THIS TRANSMITTAL IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE OR EMAIL AND IMMEDIATELY DELETE THE MESSAGE.

**From:** Alex Corey <acorey@ohaganmeyer.com>
**Sent:** Tuesday, April 28, 2026 4:04 PM
**To:** Elizabeth Del Cid <edelcid@ohaganmeyer.com>; Arian Hashemi <ahashemi@ohaganmeyer.com>
**Subject:** ████████ Citimed ███████████████

████████

██████████████████████████████████ expert, ████████████
█████████████████████████████████████████████
████████████████████████████

███████████████████████████████████████████
█████████████████████ Ultimately we want a █████████████████
█████████████████████████████████████████
██████████████████████

█████████████████████████████████ CitiMed████████
█████████████████████████████████████████████
█████████████████████████████████████████████
█████████████████████

████████████████ expert ██████████████████████
█████████████████████████████████████████████
█████████████████████████████████████████████
██████████████████████

████████████████████████ experts ████████████████
█████████████████████████████████████████████
████████████████████████████████████████
Plaintiff ████████████████████████████████████

██████████████████████████████████ expert. ██████████████████████████

████████████████████████

**Alex D. Corey**
Of Counsel
1717 Arch Street | Suite 3910 | Philadelphia | PA | 19103
PH 215.461.3339
*Licensed in NY and PA*

INFORMATION IN THIS TRANSMITTAL IS CONFIDENTIAL AND INTENDED ONLY FOR THE RECIPIENT LISTED ABOVE. IF YOU ARE NEITHER THE INTENDED RECIPIENT NOR A PERSON RESPONSIBLE FOR DELIVERING THIS TRANSMITTAL TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISTRIBUTION OR COPYING OF THIS TRANSMITTAL IS PROHIBITED. IF YOU RECEIVED THIS TRANSMITTAL IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE OR EMAIL AND IMMEDIATELY DELETE THE MESSAGE.

**From:** Elizabeth Del Cid <edelcid@ohaganmeyer.com>
**Sent:** Tuesday, April 28, 2026 3:52 PM
**To:** Arian Hashemi <ahashemi@ohaganmeyer.com>; Alex Corey <acorey@ohaganmeyer.com>
**Subject:** ███████ Ci timed ████████████████

████████████████████████████

**Alex: What are your thoughts re the below** ██████████████████████████

████████████████████

**ELIZABETH DEL CID**
**Managing Partner of New York Office**
225 West 34th Street | 9th Fl | New York City | NY | 10122
PH 312.422.6100 | DIR 818.404.1101 | FX 312.422.6110



**From:** Elizabeth Del Cid <edelcid@ohaganmeyer.com>
**Sent:** Monday, April 27, 2026 4:25 PM
**To:** Alex Corey <acorey@ohaganmeyer.com>
**Cc:** Arian Hashemi <ahashemi@ohaganmeyer.com>
**Subject:** ███████████ CitiMed ███████████

███████ Alex ████████████████████████████████

Alex, Please see my note below ████████████████████████████████████████████
████████████████ call Arian Hashemi for an update re discovery and settlement talks with PC.
Your wisdom on how to proceed on this case ████████████████████████ ███████████
████████████████████ Look forward to hearing your thoughts.

**ELIZABETH DEL CID**
**Managing Partner of New York Office**
225 West 34th Street | 9th Fl | New York City |  NY  | 10122
PH 312.422.6100 |  DIR 818.404.1101 |  FX 312.422.6110