THE WILLIS LAW GROUP
THE STANDARD IN DEFENSE

August 5, 2026

**VIA ECF**
Honorable Natasha C. Merle
United States District Judge
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**RE:** ***Roosevelt Road Re, Ltd. and Tradesman Program Managers, LLC v. Wingate, Russotti, Shapiro, Moses and Halperin, LLP, et al.*; 1:24-cv-06259-NCM-VMS**

Dear Judge Merle:

This firm represents Plaintiffs Roosevelt Road Re, Ltd. and Tradesman Program Managers, LLC ("Plaintiffs"). Plaintiffs submit this letter in response to the Court's July 22, 2026 Order requesting a status update concerning how Plaintiffs intend to proceed following the Second Circuit's decision in *Roosevelt Road Re, Ltd. v. Subin*, No. 25-2560 (2d Cir. July 22, 2026) (the "Decision").

Plaintiffs recognize that, in support of their motion to stay, they advised the Court that the Second Circuit's decision in *Subin* could prove dispositive of issues presented in this action depending on the scope and nature of the ruling. Plaintiffs anticipated a final appellate determination resolving those issues in a manner that would materially affect the viability of their claims. The Decision issued in *Subin*, however, is a nonprecedential summary order, and Plaintiffs respectfully disagree with both its reasoning and conclusions. Moreover, the appellate process remains ongoing. Indeed, as a nonprecedential summary order, the Decision does not bind this Court.

Importantly, Plaintiffs have filed a petition for rehearing *en banc* and intend to pursue all available appellate remedies. Under these circumstances, Plaintiffs do not regard the Decision as the type of final, dispositive appellate determination contemplated when they sought a stay of these proceedings. Rather, Plaintiffs believe the legal issues addressed in *Subin* remain subject to further review and potential reconsideration.

Accordingly, Plaintiffs intend to continue prosecuting this action while the appellate proceedings in *Subin* remain pending. Plaintiffs reserve all rights with respect to their claims and will evaluate the impact of any final appellate disposition in *Subin* once all available avenues of review have been exhausted.

PENNSYLVANIA | NEW YORK | NEW JERSEY | DELAWARE | WEST VIRGINIA | FLORIDA | TEXAS

**The Willis Law Group, PLLC** | 1985 Forest Lane, Garland, Texas 75042
(214) 736.9433 – Main | (214) 736.9994 - Facsimile
TheWillisLawGroup.com | E-Service Address: service@thewillislawgroup.com

Plaintiffs appreciate the Court's request for an update and remain available to provide any additional information the Court may require.

Respectfully Submitted,

*/s/ William J. Clay*
William J. Clay

cc: All Counsel of Record (via ECF)